**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| SHELIA GREEN,               ) | |
|                             ) | |
|     Plaintiff,              ) | **Case No. 3:11-CV-00103 JTK** |
|                             ) | |
| v.                          ) | |
|                             ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration   ) | |
|     Defendant.              ) | |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 26th day of July, 2012.

_____
United States Magistrate Judge